**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GLORIA STITT**, *et al.*,<br><br>    **Plaintiff,**<br><br>vs.<br><br>**CITIBANK, N.A.,** *et al.*,<br><br>    **Defendants.** | Case No.: 12-CV-3892- YGR<br><br>**ORDER REQUIRING JOINT SUBMISSION OF TABLE IDENTIFYING DOCUMENTS SOUGHT TO BE FILED UNDER SEAL** |

Currently pending before the Court are the parties' administrative motions to file documents relating to plaintiffs' motion for class certification under seal (Dkt. Nos. 115, 126, 136) and a response thereto (Dkt. No. 116). The parties are hereby **ORDERED** to jointly submit a table in conformance with the table attached hereto as Exhibit A. Specifically, the parties must identify, by docket number, all documents and portions of documents for which the parties have submitted administrative motions for leave of the court to file under seal, those administrative motions that are currently pending before the Court, the party asserting confidentiality, the declaration submitted in support of sealing, and the reason for sealing. The parties shall meet and confer regarding all requests to file information under seal and indicate in the table those requests which can be withdrawn as a result of that meet and confer process.

The joint submission shall be filed no later than **noon** on **Friday, October 23, 2015.**

**IT IS SO ORDERED**.

Dated: October 13, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**