**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GLORIA STITT**, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> **CITIBANK, NATIONAL ASSOCIATION AND CITIMORTGAGE, INC.,** <br><br> Defendants. | Case No.: 12-cv-03892- YGR <br><br> **ORDER REGARDING COURTESY COPIES** <br><br> Re: Dkt. No. 165 |

Courtesy copies of the parties' briefs on Defendants' motion for summary judgment (*see* Dkt. No. 165), statement(s) of undisputed facts, and any related administrative motions to file documents under seal shall be delivered to Chambers in binders *and* on a CD, DVD, or USB drive in Word and PDF format, each including hyperlinks. Specifically, all citations to the evidence shall be made available in hyperlink form; clicking on the hyperlinks shall result in the relevant PDF document opening up to the pages cited. Importantly, although clicking on the hyperlink should jump to the appropriate pin-cited page of the record document, the relevant record document in its entirety should open upon clicking the hyperlink (not merely an excerpt thereof), thus permitting the Court to review the cited material in its full context. The CD/DVD/USB drive label shall include the names of the parties, the case number, and a description of the documents.

With respect to documents tentatively filed under seal, the parties need not submit chambers copies of redacted versions in hard copy. The parties shall only submit paper courtesy copies of unredacted versions of the document which are highlighted to reflect the portion thereof they seek to have sealed. The Court also reminds the parties that the heightened "compelling reasons" standard shall apply to sealing requests given the dispositive nature of Defendants' motion. *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).

**IT IS SO ORDERED**.

Dated: March 14, 2016

_____
**YVONNE GONZÁLEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**