**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GLORIA STITT**, *et al.*, | Case No.: 12-cv-03892- YGR |
| Plaintiffs, | **ORDER RE: PRE-FILING LETTERS** |
| vs. | Re: Dkt. Nos. 167, 168, 171, 172 |
| **CITIBANK, NATIONAL ASSOCIATION AND CITIMORTGAGE, INC.**, | |
| Defendants. | |

Currently before the Court is Plaintiffs' letter requesting a pre-filing conference to move for the recovery of attorney's fees under California Civil Code section 1021.5. (Dkt. No. 168.) Defendants filed a letter to the Court in response. (Dkt. No. 171.) The Court does not consider Plaintiffs' proposed motion to be subject to the undersigned's pre-filing requirement applicable only to motions for summary judgment. A conference is therefore unnecessary and Plaintiffs may file their proposed motion on thirty-five (35) days' notice.

Also before the Court is Plaintiffs' administrative motion to file their letter to the Court partially under seal. (Dkt. No. 167.) Defendants, as the parties who designated the information as confidential, timely responded with a more narrowly tailored request. (Dkt. No. 172.) Good cause appearing, Plaintiffs' motion is **GRANTED** with respect to redactions of information previously sealed by the Court as identified by Defendants but is **DENIED** with respect to the redactions quoting Pifko Declaration Exhibit No. 11. (*See id.*).

This Order terminates Docket Number 167.

**IT IS SO ORDERED**.

Dated: March 23, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**