United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GLORIA STITT**, *et al.*, | Case No.: 12-cv-03892- YGR |
| Plaintiffs, | **ORDER VACATING HEARING** |
| vs. | |
| **CITIBANK, NATIONAL ASSOCIATION AND CITIMORTGAGE, INC.**, | Re: Dkt. No. 176 |
| Defendants. | |

The hearing on plaintiffs' motion for an order entitling plaintiffs to a catalyst fee award (Dkt. No. 176) currently set for May 24, 2016, is **VACATED** to be reset by the Court if necessary.

**IT IS SO ORDERED**.

Dated: May 19, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**