**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GLORIA STITT,** *et al.***,** | Case No.: 12-cv-03892- YGR |
| Plaintiffs, | **ORDER GRANTING MOTION RE: INCORRECTLY FILED DOCUMENT** |
| vs. | |
| **CITIBANK, NATIONAL ASSOCIATION AND CITIMORTGAGE, INC.,** | Re: Dkt. No. 173 |
| Defendants. | |

Defendants filed their unopposed motion to remove incorrectly filed documents (Dkt. No. 173), specifically to permanently lock Docket Entries 169-3 and 170, as they were inadvertently filed without finalized redactions. Defendants further request that the Court permanently lock Docket Entries 169-6 and 170-1 to be replaced with a corrected redacted version thereof. Plaintiffs do not oppose defendants' request that the Court permanently lock these documents. Based upon defendants' showing, plaintiffs' non-opposition, and good cause showing, the motion is **GRANTED**.

The Clerk is directed to permanently lock Docket Entries 169-3, 169-6, 170, and 170-1 in the ECF System for the Northern District of California. Defendants shall file revised versions in the same form as Exhibits A and B to their motion. (*See* Dkt. Nos. 173-1, 173-2.)

This terminates Docket Number 173.

**IT IS SO ORDERED**.

Date: June 6, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**