UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GLORIA STITT, RONALD STITT, MARK ZIRLOTT, and TERRI LOUISE ZIRLOTT, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A., a national association, and CITIMORTGAGE, INC., a New York corporation,<br><br>Defendants. | Case No. 4:12-cv-3892-YGR<br><br>[PROPOSED] JUDGMENT |

Defendants' motion for summary judgment having been granted, judgment is hereby entered in favor of defendants Citibank, N.A. and CitiMortgage, Inc. as to all claims. Plaintiffs shall take nothing by way of their complaint.

Dated: October 13, 2016

Hon. Yvonne Gonzalez-Rogers
United States District Judge